**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-2503**

STAN LABER,

Plaintiff - Appellant,

versus

DONALD RUMSFELD, United States Secretary of
Defense,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-03-170-A)

Submitted: April 30, 2004                 Decided:  May 21, 2004

Before WIDENER, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stan Laber, Appellant Pro Se.  Steven E. Gordon, OFFICE OF THE
UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Stan Laber appeals the district court's order granting summary judgement to the Defendant on Laber's employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Laber v. Rumsfeld, No. CA-03-170-A (E.D. Va. Oct. 8, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED